FIREMAN'S FUND AMERICAN INSURANCE COMPANY, *Appellee*, v. CLEVELAND CHATMON, *Appellant.*

No. 48,378

Opinion filed May 14, 1977.

*Cleveland Chatmon,* of Kansas City, argued the cause and was on the brief *pro se.*

*Terry Fitzgerald,* of McAnany, VanCleave & Phillips, P.A., of Kansas City, argued the cause, and *John J. Jurcyk,* of the same firm, was with him on the brief for the appellee.

SCHROEDER, J. Appeal dismissed.